Case No. 22-4069

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

CONSUMERS' RESEARCH; CAUSE BASED COMMERCE, INC.; EDWARD J. BLUM; KERSTEN CONWAY; SUZANNE BETTAC; ROBERT KULL; KWANG JA KIRBY; TOM KIRBY; JOSEPH BAYLY; JEREMY ROTH; DEANNA ROTH; LYNN GIBBS; PAUL GIBBS; RHONDA THOMAS

      Petitioners

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

      Respondents

BENTON INSTITUTE FOR BROADBAND AND SOCIETY; SCHOOLS, HEALTH & LIBRARIES BROADBAND COALITION; CENTER FOR MEDIA JUSTICE: COMPETITIVE CARRIERS ASSOCIATION; NATIONAL DIGITAL INCLUSION ALLIANCE; NATIONAL TELECOMMUNICATIONS COOPERATIVE ASSOCIATION; USTELECOM

      Intervenors

   Upon consideration of respondent's motion to hold case in abeyance pending disposition of U.S. Sixth Circuit Court of Appeals case 21-3886 *Consumers' Research, et al v. FCC, et al..*

   It is **ORDERED** that the motion is **GRANTED** and the respondent is to file status report every thirty, (30), days or upon resolution of 21-3886 *Consumers' Research, et al v. FCC, et al..*

                                             **ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
                                             Deborah S. Hunt, Clerk

Issued: May 12, 2023